EAST BATON ROUGE PARISH
Filed Mar 18, 2022 9:54 AM
Deputy Clerk of Court
E-File Received Mar 18, 2022 9:41 AM

C-716932
31

Case 3:22-cv-00248-BAJ-SDJ    Document 1-5    04/14/22    Page 1 of 3

EXHIBIT "A"

# 19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE
# STATE OF LOUISIANA

NO.                                                                     DIVISION:

## GEORGE COLE

### VERSUS

## GREAT WEST CASUALTY COMPANY, SCOTT JULIUS AND JULIUS TRUCKING

### PETITION FOR DAMAGES

The petition of George Cole respectfully represents that:

**I.**

Named petitioner herein is:

George Cole, a person of the full age of majority, domiciled in the Parish of Iberville, State of Louisiana.

**II.**

Named defendants herein are:

Scott Julius, a person of the full age of majority, domiciled in the State of South Dakota.

Julius Trucking, a foreign insurer authorized to do and doing business in the State of Louisiana.

Great West Casualty Company, a foreign insurance company licensed to do, and doing business in this state having the Honorable R. Kyle Ardoin, Louisiana Secretary of State, as its agent for service of process herein. At all times material herein, defendant Great West Casualty Company provided a policy of liability insurance covering defendant, Scott Julius and the 2013 International Semi-Truck with a 2015 Mac Flat vehicle he operated at the time of the accident. Defendant, Great West Casualty Company is sued pursuant to the Louisiana Direct Action Statute LA R.S. 22:1269.

**III.**

On or about March 19, 2021, petitioner operated a 2003 Yukon motor vehicle in a westbound direction on I-110 in East Baton Rouge Parish, Louisiana; petitioner occupied the far-left lane of the three-lane interstate. At the same time, defendant Scott Julius operated his freight motor vehicle in the middle lane. This accident occurred when defendant Scott Julius improperly merged into petitioner's lane causing a collision between the vehicles.

Certified True and Correct Copy
CertID: 2022032200296

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/22/2022 9:32 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

IV.

The foregoing accident was caused due to the negligence of defendant, Scott Julius, in manners provided in the following non - exclusive list of particulars:

    (1)    Improper lane usage;

    (2)    Negligent operation of a motor vehicle;

    (3)    Failing to see what he should have seen;

    (4)    Failing to do what he should have done; and

    (5)    Any act and/or omission constituting negligence to be proved at trial.

V.

As a result of the foregoing accident, petitioner suffered injuries to areas of his body including, inter alia, his neck and back.   He treated with multiple health care providers.

VI.

As a result of the foregoing accident petitioner suffered, and will continue to suffer past, present and future, mental and physical pain and suffering.   He incurred and will continue to incur medical expenses.   Petitioner suffered a loss of enjoyment of life.

**WHEREFORE**, petitioner prays that this petition be filed and a copy served on the named defendants; that they be cited to appear and answer same and after due proceedings had there be judgment rendered herein in favor of petitioner, George Cole and against the defendants, Scott Julius, Julius Trucking and Great West Casualty Company for all damages as are reasonable and necessary in the premises together with legal interest from the date of judicial demand plus all costs of these proceedings, including the costs of expert witnesses.   Petitioner further prays for all general and equitable relief.

    Respectfully submitted,

    FOLEY, LAMY AND JEFFERSON

    _____
    DANIEL S. FOLEY, 5632
    3914 Canal Street
    New Orleans, Louisiana 70119
    (504) 586-9395
    danielfoley47@gmail.com
    Attorney for George Cole

**Certified True and Correct Copy**
CertID: 2022032200296
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**Doug Welborn**
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/22/2022 9:32 AM

**PLEASE SERVE:**

1. **Scott Julius**
   Via Long Arm Statue
   13409 Valley Township Rd.
   Vale, SD 57788

2. **Julius Trucking**
   Via Long Arm Statue
   13409 Valley Township Rd.
   Vale, SD 57788

3. **Great West Casualty Company**
   through its agent for service of process:
   Honorable R. Kyle Ardoin
   Secretary of State, State of Louisiana
   8585 Achieves Ave.
   Baton Rouge, Louisiana 70809

–3–

**Certified True and Correct Copy**
CertID: 2022032200296

**Doug Welborn**
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/22/2022 9:32 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).